1030

SHARLA TAVARES, *Individually and as Guardian*, ET AL., *Respondents*, v. EVERGREEN HOSPITAL MEDICAL CENTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-17528-0, Steven C. Gonzalez, J., entered December 17, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE JOHNSON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 28, 2010. Substitute opinion filed. See 156 Wn. App. 1042.

THE STATE OF WASHINGTON, *Respondent*, v. WUBE YOSEPH GOBENA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05603-8, Jeffrey M. Ramsdell, J., entered February 23, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Meyer, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID ROE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01781-2, David A. Kurtz, J., entered April 21, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.